IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES E. SMITH                                                                                                          PLAINTIFF

v.                                            Case No. 1:20-cv-1021

RICKY ROBERTS, SHERIFF UNION COUNTY;
NURSE KASEY; CAPTAIN PHILLIPS; CAPTAIN
MITCHAM; SERGEANT COTTON; SERGEANT
JOHNSON; SERGEANT PENDLETON; and
NURSE RICE                                                                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 25, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 37. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 21) be granted and that all claims against all Defendants be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 21) is **GRANTED**, and all claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of June, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge